# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| SHANKAR PAUDEL, | ) |
| Petitioner, | ) |
| v. | ) Case No.: 4:19-cv-01370-CLM-SGC |
| WILLIAM BARR, et al., | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

On December 5, 2019, the magistrate judge entered a Report and Recommendation (doc. 11), recommending this petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2241 be dismissed as moot. Although the parties were advised of their right to file specific written objections within fourteen (14) days, no objections have been received by the court.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the magistrate judge's recommendation. In accordance with the recommendation, the courts finds the respondents' motion to dismiss (doc. 10) is due to be **GRANTED** and this § 2241 petition is due to be **DISMISSED AS MOOT**.

A separate order will be entered.

**DONE** this 15th day of January, 2020.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE